# Exhibit A
## Statement of Claim
## Plaintiff Patsita Elaine Harris

### Unpaid Overtime Wages, Minimum Wages, and Wages Paid Late

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Minimum Wage Hourly Rate[12] | Overtime Hourly Rate[1] | Average Weekly Pay[1] | Paid Late[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Late Pay Liquidated Damages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/26 - 7/9/26 | 6.57 | 40 | $ 15.00 | $ 14.00 | $ 22.50 | $ - | | $ 3,680.00 | $ - | $ - | $ 3,680.00 |
| 4/1/26 - 5/24/26 | 7.71 | 70 | $ 15.00 | $ 14.00 | $ 22.50 | $ - | | $ 4,320.00 | $ 5,207.14 | $ - | $ 9,527.14 |
| 8/10/23 - 3/31/26 | 137.86 | 70 | $ 15.00 | $ 12.70 | $ 22.50 | $ 1,050.00 | ✓ | $ - | $ 31,017.86 | $ 163,085.00 | $ 194,102.86 |
| | | | | | | | | **$ 8,000.00** | **$ 36,225.00** | **$ 163,085.00** | **$ 207,310.00** |

| | |
|---|---|
| **Total Unpaid Minimum Wages[1] =** | **$ 8,000.00** |
| **Total Unpaid Overtime Wages[1] =** | **$ 36,225.00** |
| **Total Late Pay Liquidated Damages[1] =** | **$ 163,085.00** |
| **Total Liquidated Damages[1] =** | **$ 207,310.00** |
| **Total[1] =** | **$ 251,535.00** |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.
[2] The Minimum Wage Hourly Rate is calculated using a weighted average, yielding a result mathematically identical to using the actual rates.